**FULL NAME:** Carl. Patrick Lewis

**COMMITTED NAME (if different):** Carl P. Lewis

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** C.S.P. PO Box 5001, Calipatria, CA. 92233

**PRISON NUMBER (if applicable):** BJ0920

```
FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Carl P. Lewis v.

PLAINTIFF,

Sean Combs - Kim Porter

DEFENDANT(S).

**CASE NUMBER**
2:25-CV-07483-MWC(BFMx)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    Defendants _____

b.  Court _____

    N/A

c.  Docket or case number _____
d.  Name of judge to whom case was assigned _____
e.  Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f.  Issues raised: _____

    N/A

g.  Approximate date of filing lawsuit: _____
h.  Approximate date of disposition _____

B.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☐ No

    If your answer is no, explain why not ___Im In prison.___

3.  Is the grievance procedure completed? ☐ Yes  ☐ No

    If your answer is no, explain why not _____

4.  Please attach copies of papers related to the grievance procedure.

C.  **JURISDICTION**

This complaint alleges that the civil rights of plaintiff ___Carl P Lewis___
(print plaintiff's name)

who presently resides at ___California State Prison Po Box 5001___,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
___Home and Hotel___ ___of Sean Puffy Combs.___
           CA.   (institution/city where violation occurred)
___Kim Porter Porter.___

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                               Page 2 of 6

on (date or dates) __Summus 2012__, _____, _____.
                              (Claim I)                     (Claim II)                 (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Sean Puffy Combs,__ resides or works at
(full name of first defendant)
__Los Angels California,__
(full address of first defendant)
__Rapper    Entertainer.__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law: __Violent   Sexual   Demands   Under   Use   of   Drugs.__

2. Defendant __Kim Porter - Sean Combs__ resides or works at
(full name of first defendant)
__Los Angelas California.__
(full address of first defendant)
__Defendants    girl    friend__
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☒ official capacity.

Explain how this defendant was acting under color of law: __Comitting   Acts   of   Cohersion   under   fear   And   Drugs__

3. Defendant _____ resides or works at
(full name of first defendant)
_____
(full address of first defendant)
_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

Forced to do sex acts and abuse acts on Then girlfriend Kim Porter. After finding out she was cheating on him, with myself. Asulted me after I refused to choke slap and spit on girlfriend Kim Porter.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Sean Combs. forced me to commit sexual acts on Kim Porter. After Tracking her to a hotel that we were hanging out at smokeing weed and haveing sex. He Entered the hotel room with 3 body guards. And told me that if I wanted to walk out of here in one piece Then I better do what he says. Then stated Bitch This who your fucking behiend my back, well Then start fucking then. I said NO, But He punch me in the face. And said I'm not playing games. He said take your close off. And I did. He told Kim now suck his dick. She did. He said Now fuck her.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I am not able to pay the amount need because I'm in prison. With little or no income. Do to the years of mental stress and not being able to sleep well. Sense the violation of myself, and not being able to be around people for e.c to long, I am requesting that the Defendent be held accountable, for the pain he has caused. Kim Porter gave me a drink she had gotton from Sean Combs. And I couldnt not move after drinking the drink. Mr Combs pulled out his penis. And started masterbateing, while Ms Porter performed oral sex. Then I passed out. Sean Combs told me that I better not say anything left 2 thousand dollas on a night stand they all left the Hotel Room. My Penis was in pain, and I had a black and blue balls. Acheing aswell. I have not been able to perform sexually sense the violation happend.

8-1-25        Cue ~
(Date)        (Signature of Plaintiff)



<s>Case 2:25-cv-07483-MWC-BFM    Document 1    Filed 08/11/25    Page 9 of 10    Page ID #:9</s>



<s>Case 2:25-cv-07483-MWC-BFM    Document 1    Filed 08/11/25    Page 9 of 10    Page ID #:9</s>

Case 2:25-cv-07483-MWC-BFM     Document 1     Filed 08/11/25     Page 10 of 10    Page ID
#:10